Opinion issued April 14, 2011.



In The

Court of
Appeals

For The

First District
of Texas

————————————

NO. 01-10-01029-CV

———————————

Sunil Kumar Tyagi and Sunny's Perfumes, Inc., Appellants

V.

Gope C.
Pagarani and BNP Imports, Inc., Appellees



 



 

On Appeal from the County Court at Law No. 4

Harris County, Texas



Trial Court Case No. 884326

 



MEMORANDUM OPINION

The parties
have jointly moved to dismiss the appeal. 
No opinion has issued. 
Accordingly, we grant the motion and we dismiss the
appeal.  Tex. R. App. P. 42.1(a)(1).

We overrule all other pending
motions as moot.  We direct the Clerk to
issue mandate within 10 days of the date of this opinion.  Tex.
R. App. P. 18.1.

                                                PER
CURIAM

 

Panel
consists of Chief Justice Radack and Justices Alcala and Bland.